**FILED**
CLERK, U.S. DISTRICT COURT

11/26/2024

CENTRAL DISTRICT OF CALIFORNIA
BY: _____MMC_____ DEPUTY

1 | E. MARTIN ESTRADA
United States Attorney
2 | DAVID T. RYAN
Assistant United States Attorney
3 | Chief, National Security Division
SARAH E. GERDES (Cal Bar No. 306015)
4 | Assistant United States Attorneys
Deputy Chief, Terrorism and Export Crimes Section
5 |     1500 United States Courthouse
    312 North Spring Street
6 |     Los Angeles, California 90012
    Telephone: (213) 894-4699
7 |     E-mail:    sarah.gerdes@usdoj.gov

8

9 | Attorneys for Plaintiff
UNITED STATES OF AMERICA

10

                UNITED STATES DISTRICT COURT

11

            FOR THE CENTRAL DISTRICT OF CALIFORNIA

12

| UNITED STATES OF AMERICA, | CR 2:24-MJ-07105-DUTY |
|---|---|
| 13         Plaintiff, | GOVERNMENT'S *EX PARTE* APPLICATION FOR ORDER SEALING THE COMPLAINT, UNDERLYING COMPLAINT AFFIDAVIT, AND THE GOVERNMENT'S NOTICE OF REQUEST FOR DETENTION; DECLARATION OF SARAH E. GERDES |
| 14         v. | |
| 15 SHENGHUA WEN, | |
| 16         Defendant. | |
| 17 | **(UNDER SEAL)** |

18

19 |     The government hereby applies <u>ex parte</u> for an order that the

20 | Complaint, underlying Complaint affidavit, and the Government's

21 | Notice of Request for Detention be kept under seal until December 3,

22 | 2024, at 6:00 a.m. PST, at which point the Complaint, underlying

23 | Complaint affidavit, and the Government's Notice of Request for

24 | Detention shall be automatically unsealed.

25 | //

26 | //

27 | //

28

1

2      This ex parte application is made pursuant to Federal Rule of

3  Criminal Procedure 6(e)(4) and is based on the attached declaration

4  of Sarah E. Gerdes.

5   Dated: November 26, 2024          Respectfully submitted,

6                                     E. MARTIN ESTRADA
                                       United States Attorney
7
                                       DAVID T. RYAN
8                                      Assistant United States Attorney
                                       Chief, National Security Division
9

10                                     /s/ Sarah E. Gerdes
                                       SARAH E. GERDES
11                                     Assistant United States Attorney

12                                     Attorneys for Plaintiff
                                       UNITED STATES OF AMERICA
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    **DECLARATION OF SARAH E. GERDES**

2        I, Sarah E. Gerdes, declare as follows:

3        1.    I am an Assistant United States Attorney in the United

4    States Attorney's Office for the Central District of California.  I

5    am one of the attorneys assigned to represent the government in the

6    prosecution of United States v. Shenghua Wen, for which the

7    Complaint, underlying Complaint affidavit, and the Government's

8    Notice of Request for Detention are being filed concurrently with

9    this Ex Parte Application.

10       2.    Defendant has not been taken into custody on the charge

11   contained in the Complaint.  The likelihood of apprehending defendant

12   would be seriously jeopardized if the Complaint, underlying Complaint

13   affidavit, and the Government's Notice of Request for Detention in

14   this case were made publicly available before defendant is taken into

15   custody.

16       3.    The government anticipates that it will arrest defendant on

17   December 3, 2024, and will execute various search warrants that same

18   day.  The government also anticipates conducting interviews of

19   persons associated with defendant throughout the day on December 3,

20   2024.  The execution of those warrants and interviews may be

21   jeopardized if knowledge of the Complaint, underlying Complaint

22   affidavit, and the Government's Notice of Request for Detention

23   becomes public before the government is able to complete its

24   operation.

25   //

26   //

27

28

1

4.    Accordingly, the government requests that the Complaint, underlying Complaint affidavit, and the Government's Notice of Request for Detention be sealed and remain so until 6:00 a.m. PST on December 3, 2024.

5.    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on November 26, 2024.

*/s/ Sarah E. Gerdes*

SARAH E. GERDES

2