Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov  For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov  For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov  For Riverside criminal duty.

FILED
2024 DEC -3  AM 10:06
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
v.
Shenghua WEN
PLAINTIFF
DEFENDANT
USMS# _____

CASE NUMBER: 2:24-MJ-07105-DUTY

**REPORT COMMENCING CRIMINAL ACTION**

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 12/03/2024 at ☒ AM ☐ PM
   or
   The defendant was arrested in the _____ District of _____ on _____ at ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☐ Yes ☒ No

4. Charges under which defendant has been booked: N/A
   50 USC 1705 - International Emergency Power Act

5. Offense charged is a: ☒ Felony ☐ Minor Offense ☐ Petty Offense ☐ Other Misdemeanor

6. Interpreter Required: ☐ No ☒ Yes   Language: Chinese-Mandarin

7. Year of Birth: 1983

8. Defendant has retained counsel: ☒ No
   ☐ Yes  Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified: _____

10. Remarks (if any): N/A

11. Name: Binnie M. Phan  (please print)

12. Office Phone Number: 310-864-7231    13. Agency: FBI

14. Signature: [signature]    15. Date: 12/03/2024

CR-64 (09/20)    REPORT COMMENCING CRIMINAL ACTION