# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA<br>V.<br>Shenghua Wen<br><br>PLAINTIFF<br><br>DEFENDANT | CASE NUMBER:<br>24-mj-7105<br><br>**WAIVER OF INDICTMENT** |
|---|---|

I, _Shenghua Wen_, the above-named defendant, who is accused of _50 U.S.C. 1705(a)(c)_, in violation of _International Emergency Econ Powers Act_, being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on _____, prosecution by indictment and consent that the proceedings may be by information rather than by indictment.

_12/3/24_
Date

X _[signature]_
Defendant

_12/3/24_
Date

_[signature]_
Counsel for Defendant

_____
Date

Before:   Judicial Officer

If the defendant does not speak English, complete the following:

I, _Junting Ten_, am fluent in written and spoken English and _Mandarin_ languages. I accurately translated this Waiver of Indictment from English to _Mandarin_ for defendant _Wen_ on this date.

_12/03/2024_
Date

_[signature]_
Interpreter